**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 23-6286**

───────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

BOBBY WAYNE DEBNAM,

        Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:17-cr-00100-BO-1)

───────────

Submitted:  August 29, 2023                    Decided:  September 1, 2023

───────────

Before KING, AGEE, and BENJAMIN, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Bobby Wayne Debnam, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby Wayne Debnam appeals the district court's order and judgment denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release.  We review the court's order for abuse of discretion.  *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (stating standard of review).  We have reviewed the record and conclude that the court did not abuse its discretion.  Accordingly, we affirm.  *United States v. Debnam*, No. 5:17-cr-00100-BO-1 (E.D.N.C. Mar. 22, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*